# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Walter Wilkins,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                   3:10cv637

Michael Astrue,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2011 Order.

                                          Signed: December 21, 2011

Frank G. Johns, Clerk
United States District Court